UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

Case No. 22-cr-20188-2
Hon. Matthew F. Leitman

v.

D2, HASSAN KAMAL FAYAD,

      Defendant.

_____/

## ORDER DENYING MOTION TO DISMISS COUNT 22 BY DEFENDANT HASSAN KAMAL FAYAD (ECF No. 181)

For the reasons stated on the record on November 16, 2023, Defendant Hassan Kamal Fayad's Motion to Dismiss Count 22 of the Indictment (ECF No. 181) is **DENIED**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 16, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 16, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

1