UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

D2, HASSAN KAMAL FAYAD,

       Defendant.

Case No. 22-cr-20188-2
Hon. Matthew F. Leitman

---

## ORDER TO HALLET & PERRIN TO PRODUCE EMAIL DIRECTLY TO COURT FOR *IN CAMERA* REVIEW

This matter having come before this Honorable Court on the Government's Motion to Compel Attorney Michael Alfred Testimony and to Produce an Email (ECF No. 202), and the Court having heard additional oral arguments from the Defendant and the government, and this Court being fully advised in the premise thereof:

**IT IS HEREBY ORDERED** that law firm Hallett & Perrin, through counsel Leland C. de la Garza, shall produce to this Court an unredacted copy of the May 10, 2021 email and attachment received by Michael Alfred from Defendant Hassan Kamal Fayad's assistant/agent as identified in ECF No. 202 so this Court may conduct an *in camera* review of the email and attachment and make such further ruling as needed. The email and attachment shall be produced by Mr. de la Garza

1

before 5:00 p.m. EST on December 21, 2023 via email sent directly from Mr. de la Garza to this Court's case manager, Holly A. Ryan at her email address holly_ryan@mied.uscourts.gov and copies will not be produced to other parties until such time as this Court makes further rulings.

    **IT IS SO ORDERED**.

                            s/Matthew F. Leitman  
                            MATTHEW F. LEITMAN  
                            UNITED STATES DISTRICT JUDGE

Dated:  December 20, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 20, 2023, by electronic means and/or ordinary mail.

                            s/Holly A. Ryan  
                            Case Manager  
                            (313) 234-5126