**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

D2, HASSAN KAMAL FAYAD,

      Defendant.

_____/

Case No. 22-cr-20188-2
Hon. Matthew F. Leitman

**ORDER GRANTING MOTION TO SEAL**
**APPLICATION FOR RULE 17(C) SUBPOENA (ECF No. 209)**

Now pending before the Court is a motion by Defendant Fayad to file an application for a Rule 17(c) subpoena under seal. The motion is GRANTED as follows. For the reasons explained on the record on January 12, 2024, instead of filing a written application for a subpoena under seal, Fayad may orally move for issuance of such a subpoena and may do so on an ex parte basis. If Fayad moves for such a subpoena and if he is granted leave to serve such a subpoena, he shall direct the recipient of the subpoena to deliver responsive documents to the Court's chambers, and his counsel may review them privately when they are produced. If counsel decides that he wishes to use any of the documents produced in response to

the subpoena, he shall promptly notify the Government, and the Government shall be given an opportunity to review the documents and object to their admission.

    **IT IS SO ORDERED**.

                            s/Matthew F. Leitman  
                            MATTHEW F. LEITMAN  
                            UNITED STATES DISTRICT JUDGE

Dated: January 12, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 12, 2024, by electronic means and/or ordinary mail.

                            s/Holly A. Ryan  
                            Case Manager  
                            (313) 234-5126