UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

D2, HASSAN KAMAL FAYAD,

       Defendant.
_____/

Case No. 22-cr-20188-2
Hon. Matthew F. Leitman

**ORDER GRANTING IN PART GOVERNMENT'S
MOTION IN LIMINE TO ADMIT CERTIFIED BUSINESS
RECORDS AND DOMESTIC RECORDS UNDER SEAL
PURSUANT TO FRE 803(6), 902(1), and 902(11) (ECF No. 203)**

Now before the Court is the Government's Motion in Limine to Admit Certified Business Records and Domestic Public Records Under Seal Pursuant to Fed. R. Evid. 803(6), 902(1), and 902(11). For the reasons explained on the record on January 12, 2024, the motion is GRANTED IN PART as follows. The documents identified in the Government's motion are deemed to satisfy the requirements for admission under FRE 803(6), 902(1), and/or 902(11), and the documents shall not be excluded from trial on the basis of those rules. However, Defendant retains the right to object to admission of the documents on other grounds. Thus, to the extent

that that Government seeks a ruling that the documents are admissible, the motion is denied.

    **IT IS SO ORDERED**.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated:  January 12, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 12, 2024, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan
                                      Case Manager
                                      (313) 234-5126