UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

      Case No. 22-cr-20188-2
      Hon. Matthew F. Leitman

v.

D2, HASSAN KAMAL FAYAD,

      Defendant.
_____/

## ORDER DENYING GOVERNMENT'S MOTION TO REVOKE DEFENDANT'S BOND (ECF No. 219)

On January 16, 2024, the Court held a hearing on the Government's motion to revoke Defendant Hassan Kamal Fayad's bond. (*See* Mot., ECF No. 219.) For the reasons explained on the record, the motion is **DENIED**.

    **IT IS SO ORDERED**.

                      s/Matthew F. Leitman
                      MATTHEW F. LEITMAN
                      UNITED STATES DISTRICT JUDGE

Dated: January 12, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 12, 2024, by electronic means and/or ordinary mail.

                      s/Aaron Flanigan
                      Case Manager
                      (313) 234-5126