**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,                              Case No. 22-cr-20188-2
                                                Hon. Matthew F. Leitman

v.

D2, HASSAN KAMAL FAYAD,

      Defendant.

_____/

**ORDER GRANTING IN PART AND DENYING IN PART'S**
**GOVERNMENT'S MOTION IN LIMINE (ECF No. 214)**

      On January 16, 2024, the Court held a hearing on the Government's motion in limine to obtain a pre-trial ruling on redactions to Government Exhibit 20036A. (*See* Mot., ECF No. 214.) For the reasons explained on the record, the motion is **GRANTED IN PART AND DENIED IN PART** as follows: the parties shall redact Government Exhibit 20036A consistent with Defendant's proposed redactions as reflected in Attachment C to the Government's motion (ECF No. 214-3).

      **IT IS SO ORDERED**.

                                                          s/Matthew F. Leitman
                                                          MATTHEW F. LEITMAN
                                                          UNITED STATES DISTRICT JUDGE

Dated: January 17, 2024

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 17, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126