UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 22-cr-20188
    Hon. Matthew F. Leitman

MICHAEL ANGELO, *et al.*,

    Defendants.

_____/

# ORDER TERMINATING MOTIONS (ECF Nos. 90, 141, AND 223) AS MOOT

Three motions that the Government filed in this case are now pending before the Court: (1) a motion to extend the deadline by which the Government needed to take the deposition of a witness (*see* Mot., ECF No. 90); (2) a motion to extend the deadlines by which the Government needed to respond to certain motions (*see* Mot., ECF No. 141); and (3) a motion *in limine* regarding the scope of the direct examination of a witness at trial (*see* Mot., ECF No. 223). In light of developments in this case since the motions were filed, the motions no longer present live issues that need to be decided by the Court. **IT IS THEREFORE ORDERED** that the motions (ECF Nos. 90, 141, and 223) are **TERMINATED AS MOOT**.

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: February 2, 2024

1

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 2, 2024, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126