UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D1, MICHAEL ANGELO,
D2, HASSAN KAMAL FAYAD,
D3, MIRNA KAMAL FAYAD, and
D4, CORY JUSTIN MANN,

    Defendants.
_____/

Case No. 22-cr-20188
Hon. Matthew F. Leitman

## ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS COUNT 9 OF SUPERSEDING INDICTMENT (ECF No. 264)

The Government has filed a motion to dismiss Count 9 of the Superseding Indictment with prejudice. The motion is unopposed. For the reasons stated in the motion, the motion is **GRANTED**, and Count 9 of the Superseding Indictment is **DISMISSED WITH PREJUDICE**.

    IT IS SO ORDERED.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: June 11, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 11, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>Case Manager<br>(313) 234-5126