UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 22-cr-20188
    Hon. Matthew F. Leitman

MICHAEL ANGELO, et al.,

    Defendants.

_____/

## ORDER RESOLVING CERTAIN PENDING MOTIONS

On June 27, 2024, the Court held a hearing to address certain pending motions. For the reasons stated on the record during that hearing, **IT IS HEREBY ORDERED** as follows:

1. Defendant Mirna Fayad's Motion to Sever Counts 8 and 9 (ECF No. 251) is **DENIED WITHOUT PREJUDICE**.

2. Defendants' Joint Motion to Exclude Evidence or in the Alternative for Severance (ECF No. 252) is **TERMINATED AS MOOT**.

3. Defendant Rosina Angelo's Motion to Sever Count Seven is **WITHDRAWN**.

4. Defendant Mirna Fayad's Motion to Seal Motion for Production of Grand Jury Materials (ECF No. 269) is **GRANTED** because the motion discusses

1

and addresses grand jury proceedings and testimony that are not subject to public disclosure.

5.  Defendant Mirna Fayad's Motion for Production of Grand Jury Materials (ECF No. 268) is **TERMINATED AS MOOT** in light of the parties' expressed intention to enter into a stipulation addressing the relief requested in this motion.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 27, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 27, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126